UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT WILLIAM MAWSON, SR.,** | : | |
| **Plaintiff** | : | CIVIL ACTION NO. 3:12-2422 |
| v. | : | (MANNION, D.J.) |
| | | (CARLSON, M.J.) |
| **Attorney JOHN BELLINO,** | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW, THIS 28th DAY OF FEBRUARY, 2013**, upon consideration of the report and recommendation of United States Magistrate Judge Martin C. Carlson (Doc. No. 3), and, following an independent review of the record, it appearing that neither party has objected to the judge's report and recommendation and that there is no clear error on the face of the record;[1]

---

[1] When no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.,* 702 F.Supp.2d 465, 469 (2010) (citing *Henderson v. Carlson,* 812 F.2d 874, 878 (3d Cir. 1987)(explaining judges should give some review to every report and recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, reject or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Local Rule 72.31.

**IT IS HEREBY ORDERED, THAT:**

**(1)** The report and recommendation of Judge Carlson, (Doc. No. 3), is **ADOPTED**;

**(2)** The plaintiff's motion to proceed *in forma pauperis* is **GRANTED.** (Doc. No. 2).

**(3)** The plaintiff's complaint, (Doc. No. 1), is **DISMISSED**;

**(4)** The Clerk of the Court is directed to **CLOSE** the case.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2012 ORDERS\12-2422-01.wpd